

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: 13–10927 – WIL   Chapter: 7

**Dale Randall Armentrout**                     **Sandra Marie Armentrout**
Debtor(s)

## ORDER REOPENING CASE
## TO PERMIT AMENDMENT OF SCHEDULES

Upon consideration of Debtor(s)' motion to reopen the above−captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor(s) to amend his/her/their schedules to add an unscheduled creditor(s) in accordance with the procedure set forth in Federal Bankruptcy Rule 1009(a) and Local Bankruptcy Rule 1009−1, and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor(s) has/have not filed such amendments within thirty (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Chester H. Hobbs IV
      Case Trustee – Gary A. Rosen
      U.S. Trustee
      Respondent Creditor(s) –

**End of Order**

31x01 (rev. 10/02/1997) – khorning