UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:                                    :

DALE RANDALL ARMENTROUT

SANDRA MARIE ARMENTROUT:          Chapter 7

      Debtors.                         :          Case No. 13-10927

:          :          :          :          :          :

## <u>MOTION TO RECONSIDER COURT'S ORDER TO REOPEN CASE – LIMITED TO THE DATE OF EFFECTIVENESS OF AMENDMENTS</u>

The Debtor, Dale Randall Armentrout[1], by and through counsel, Axelson, Williamowsky, Bender & Fishman, P.C., and Justin M. Reiner, Esq., and Motions this Court to reconsider the Court's Order to Reopen the Case – Limited to the Date of Effectiveness of Amendments, and for grounds therefore, states as follows:

1.   That the above captioned case was filed on January 18, 2013 by Chester H. Hobbs, IV, Esq., of Bodie, Dolina, Smith & Hobbs, P.C, and a discharge order was entered on May 6, 2013 as a no asset case.

2.   That the undersigned counsel represents Mr. Armentrout in a case currently pending in the United States District Court for the District of Maryland, entitled *Armentrout v. Paul's Truck Leasing, Inc., et al*, with a case number of 8:16-cv-02471-TDC, and filed on July 7, 2016.

3.   On December 16, 2016, undersigned counsel filed a motion to reopen the

---

[1] The Co-Debtor, Sandra Marie Armentrout has also given her consent to reopen the bankruptcy case. The Debtors no longer live together – but she has no opposition to the bankruptcy case being opened for the reasons stated herein.

Debtor's bankruptcy case for the reasons set forth in that motion.

4.  On January 11, 2016 (Dkt. Entry 22) and January 12, 2016 (Dkt. Entry 23), this Court entered an order, followed by an Amended order allowing the Debtor to amend his schedules and/or add any unscheduled creditor(s).

5.  The Debtor, in his original motion, asked the Court to enter an order that the amendments were effectively retroactively to the date the case was originally filed on January 18, 2013.

6.  In its order, the Court was silent as to the effective date of the Amendments, and whether they would relate back to the date the case was originally filed.

7.  The issue of when the amendments are effective is of paramount importance to the debtor, and whether he will be entitled to continue with his civil case currently pending in the United States District Court for the District of Maryland.

8.  Should this Court not provide an effective date for the amendments, the Defendants in the underlying case will undoubtedly argue that at the time of the filing, and despite the amendments, the Debtor was not the real party in interest to file the claim.

9.  This Court was faced with a similar issue in *In Re Cindy Lyles;* Case No. 10-32926.

10. Ms. Lyles was injured in an automobile accident on January 4, 2010, and retained counsel to represent her in that matter.

11. On October 6, 2010, Ms. Lyles filed bankruptcy with the assistance of another attorney but failed to include the personal injury claim and received a discharge in early 2011.

12. Prior to the expiration of the statute of limitations in her automobile accident case, Ms. Lyles filed suit against the Defendants in that Matter: *Cindy Schlothauer v. Kevin Morton, Jr., et al.* Case No. 17-C-12-017577 in Queen Anne's County.[2]

13. Upon learning that Ms. Lyles did not list the personal injury claim on her bankruptcy petition, the Defendants moved for summary judgment on the basis that she was not the real person in interest.

14. Procedurally, Ms. Lyles opposed the motion and moved to reopen her bankruptcy case.

15. Ultimately, the underlying case was dismissed and Ms. Lyles had to appeal numerous orders to end up back before this Court.

16. Below is the history of the filings relating to the Motion to Reopen the Lyles bankruptcy matter:

　　a. Motion to Reopen (Dkt. Entry 19)

　　b. Opposition to Motion to Reopen (Dkt. Entry 21)

　　c. Order Granting Motion to Reopen (Dkt. Entry 27)

　　d. Amended Schedules Filed (Dkt. Entry 29)

　　e. Motion to Reconsider and Opposition to Debtor's Amended Schedules (Dkt. Entry 33)

　　f. Response to Motion to Reconsideration (Dkt. Entry 35)

　　g. Memorandum in Opposition to Motion (Dkt. Entry 36)

　　h. Response to Motion to Reconsider (Dkt. Entry 47)

---

[2] The Debtor changed her name following the filing of the bankruptcy to Cindy L. Schlotzhauer.

    i.   Order Denying Motion to Reconsider and Denying Objection to Amendment of Schedules (Dkt. Entry 48)

    j.   Motion to Reconsider Date of Effectiveness of Amendments (Dkt. Entry 50)

    k.   Opposition to Motion to Reconsider (Dkt. Entry 52)

    l.   Order Granting Motion to Reconsider Effectiveness of Amendments (Dkt. Entry 53)

17. As this Court can see, the *Lyles* Court had a fairly lengthy and drawn out Process that unfolded as a result of the amendments, which the Debtor herein hopes to avoid.

18. Relevant to the instant request are the last three entries above, Docket Entries 48, 50 and 53.

19. Much like in *Lyles*, should this Court not rule that the effective date of the Amendments is the original filing date of January 18, 2013, the Debtor would suffer undue prejudice because he would have had no right to file the lawsuit on June 9, 2015, which the Debtor believed, and continues to believe, he had the authority to file.[3] *See* Docket Entry. 48.

20. Identical to *Lyles*, as soon as the issue of whether the Debtor was the proper party in interest in the civil case was raised, undersigned counsel filed the motion to reopen.

21. The effect of not granting this relief would be to give the non-creditor tort

---

[3] This Court will note that the Debtor originally filed the case in Prince George's County and the case was later removed to the U.S. District Court for the District of Maryland.

defendants an inappropriate and gigantic windfall of a technical defense to derail a potentially meritorious claim. *Ryan Operations G.P. v. Santium-Midwest Lumber Co.,* 81 F. 3d 355, 63 USLW 2663, 28 Bankr. Ct. Dec. 1178 (Memorandum in Opposition, Docket Entry No. 36.) *Id.*

22. Judge Keir's order at Docket Entry 53 is instructive as it relates to the request herein by the Debtor.

23. In that Order, Judge Keir granted the Debtor's request to set the effective date of the Amendments back to the original date of filing.

24. In support of this conclusion, Judge Keir cited *In re Obrien*, 443 B.R. 117 (Bankr. W.D. Mich. 2011, and follows the opinion of the Honorable James Gregg who concluded: "Regardless of when an exemption is subsequently claimed by a debtor in the case, it must relate back." *Id.* at 131.

25. Judge Keir goes on to state

> "Just as the applicability and allowance of exemptions are determined as of the date of the filing of the bankruptcy petition, a subsequent allowance of an exemption relates back to the date of the petition. This applies to unscheduled interests in causes of action as is present in the case now before his court."

See Docket Entry 53.

26. Judge Keir further cited Judge Gregg who stated:

> "Although it might be uncommon, one can envision instances when a debtor does not know he has an interest in particular property when his bankruptcy case is filed, *e.g.,* a cause of action. When a debtor first becomes aware of the property, it should be scheduled, even if reopening of the case may first be required. *Id.*, fn.10 (citing U.S.C. § 350(b)). Accordingly, the Court concludes that the cause of action, although unscheduled at the commencement of the case, belonged to the estate but upon the allowance of the exemption asserted in the Amended Schedule C, the cause of action revested back to the Debtor and that

revesting in law related back to the date of the filing of the Petition in this bankruptcy case on October 6, 2010.

*Id.*

27. In conclusion, Judge Keir ruled that the effective date of the amendments related back to the date of the original filing.

28. The Debtor is seeking the same relief here. This Court has already granted the motion to amend his schedules; but to ensure that the Debtor can proceed in his litigation pending in U.S. District Court, he asks that this Court follow the rulings in *Lyles* and issue an order determining that the effective date of the Amendments is the date of filing on January 18, 2013.

WHEREFORE, the Debtor respectfully requests that this Court:

1) Enter an order *Nunc Pro Tunc* changing the date of the effectiveness of the Debtor's Amendments (upon filing) to January 18, 2013.


RESPECTFULLY SUBMITTED,

**AXELSON, WILLIAMOWSKY,**

**BENDER & FISHMAN, P.C.**


/s/ Justin M. Reiner_____
Justin M. Reiner, Esq. #16403
1401 Rockville Pike, Suite 650
Rockville, MD 20852
(301) 738-7679
(301) 424-0124 (F)
Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:                           :

DALE RANDALL ARMENTROUT

SANDRA MARIE ARMENTROUT:        Chapter 7

      Debtors.                   :        Case No. 13-10927

:        :        :        :        :        :

CERTIFICATE OF SERVICE

    I hereby certify on the 12th day of January, 2017, I served a copy of the Motion to Reconsider the Court's Order to Reopen Case – Limited to the Date of Effectiveness of Amendments on all affected creditors on the attached exhibit, as well as the Debtor and the Trustee.

          RESPECTFULLY SUBMITTED,

              **AXELSON, WILLIAMOWSKY,**

              **BENDER & FISHMAN, P.C.**

              /s/ Justin M. Reiner
              Justin M. Reiner, Esq. #16403
              1401 Rockville Pike, Suite 650
              Rockville, MD 20852
              (301) 738-7679
              (301) 424-0124 (F)
              Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:                                              :
DALE RANDALL ARMENTROUT      :
SANDRA MARIE ARMENTROUT:          Chapter 7
        Debtors.                          :          Case No. 13-10927
:        :        :        :        :        :

## EXHIBIT - CREDITORS LIST

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union St
Hackensack, NJ 07601-4303

ABC Financial Services, Inc.
PO Box 6800
North Little Rock, AR 72124-6800

AFNI
PO Box 3427
Bloomington, IL 61702-3427

AMCA
PO Box 1235
Elmsford, NY 10523-0935

Abbas Bashir-Elhi
Nealon & Associates
199 N. Henry Street
Alexandria, VA 22314

Allegheny Power
800 Cabin Hill Drive
Greensburg, PA 15606-0001

Alpat Coll
Po Box 1689
Slidell, LA 70459-1689

Amelia Surgical Assist LLC

PO Box 1645
Laurel, MD 20725-1645

American Collections E
205 S Whiting St Ste 500
Alexandria, VA 22304-3632

American Collections Enterprises, Inc
PO Box 30096
Alexandria, VA 22310-8096
Ameripath Florida
PO Box 404938
Atlanta, GA 30384-4938

Amsher Collection Service
Amsher Collections /Attn: Fran Burns
600 Beacon Parkway West, Suite 300
Birmingham, AL 35209-3114

Antietam Cable Television Inc.
1000 Willow Circle
Hagerstown, MD 21740-6889

Apple Valley Waste Lockbox
PO Box 7117
Charleston, WV 25356-0117

Associated Radiologists, PA
322 E Antietam St., Suite 106
Hagerstown, MD 21740-5736

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Bean Kinney & Korman PC
2300 Wilson Blvd.
Arlington, VA 22201

Berks Credit & Collections, Inc.
PO Box 329

Temple, PA 19560-0329

BestPractices, Inc
PO Box 75567
Baltimore, MD 21275-5567

Booth & McCarthy
Post Office Box 4669
901 West Main St., Suite 201
Bridgeport, WV 26330-1696
Budget Rent a Car
PO Box 403962
Atlanta, GA 30384-3962

Business Revenue Systems, Inc.
P.O. Box 13077
Des Moines, IA 50310-0077

C.C.S.
Payment Processing Center – 27
PO Box 55126
Boston, MA 02205-5126

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210-1464

CBCS
Po Box 164089
Columbus, OH 43216-4089

Center for Orthopedic and Sports Medicine
2841 Hartland Rd.
Suite 401
Falls Church, VA 22043-3500

Central Credit/penn Cr
916 S. 14th St.
Harrisburg, PA 17104-3425

Charles Linton
241 Chesapeake Lane
Hedgesville, WV 25427-7088

Chase Manhattan
Attn:   Bankruptcy Research Dept.
P.O. Box 24696
Columbus, OH 43224-0696

Chela/Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773-9500

City Hospital, Inc.
PO Box 2869
Martinsburg, WV 25402-2869

City Hospital, Inc.
PO Box 990
Morgantown, WV 26507-0990

COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

Comcast
195 Rainville Rd
Winchester, VA 22602-4802

Comcast
PO Box 3006
Southeastern, PA 19398-3006

Common Wealth Emergency Physician
10506 Wakeman Dr
Fredericksburg, VA 22407-8040

Commonwealth Energ Phys PC
PO Box 79450
Baltimore, MD 21279-0450

Commonwealth of Virginia
County of Loudoun/ Office of the Treasurer
P.O. Box 347
Leesburg, VA 20178-0347

Commonwealth of Virginia
County of Loudoun/ Office of the Treasurer
PO Box 1000
Leesburg, VA 20177-1000

VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

Complete Collection Services, Inc.
P.O. Box 10052
Alexandria, VA 22310-0052

Comptroller of Maryland
580 Taylor Avenue
Annapolis, MD 21401-2352

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

County of Fairfax
Department of Tax Administration (DTA)
PO Box 10202
Fairfax, VA 22035-0202

Crd Prt Asso
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380-2068

Credit Coll/usa
Ccusa
16 Distributor Dr. Suite 1
Morgantown, WV 26501-7209
Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459-3246

Credit Collections U.S.A.
16 Distributor Drive, Suite 1
Morgantown, WV 26501-7209

Credit Control Corp
Attention: Bankruptcy
11821 Rock Landing Dr.
Newport News, VA 23606-4207

Credit Protection Association, L.P.
13355 Noel Rd.
Dallas, TX 75240-6837

Creditors Collection Service
PO Box 21504
Roanoke, VA 24018-0152

Culpeper Regional Hospital
PO Box 791406
Baltimore, MD 21279-1406

DJO, LLC
PO Box 515471
Los Angeles, CA 90051-6771

Daniel Booth
PO Box 4669

Bridgeport, WV 26330-4669

Deca Financial Services, LLC
PO Box 910
Fishers, IN 46038-0910

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346
Devanhalli Ramaswamy, MD
21495 Ridgetop Circle
Suite 102
Sterling, VA 20166-6512

Disney Movie Club
PO Box 758
Neenah, WI 54957-0758

Emergency Medicine Assoc.
20010 Century BLVD
Suite 200
Germantown, MD 20874-1118

Emergency Medicine Associates, P.A.,
20010 Century Blvd.
Suite 200
Germantown, MD 20874-1118

Everyday Cooking My Way
PO Box 26599
Lehigh Valley, PA 18002-6599

Sun Coast Hospital
2025 Indian Rocks RD S
Largo, FL 33774-1035

Fair Oaks Emergency Physicians
Department 0745
Washington, DC 20073-0745

Fairfax Radiological Consultants, P.C.
PO Box 3700
Merrifield, VA 22116-3700

Fidelity Properties In
Po Box 2055
Alliance, OH 44601-0055

First Colonies Anes Assoc LLC
PO Box 791344
Baltimore, MD 21279-1344

First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434-6695

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

FOCUSED RECOVERY SOLUTIONS
9701 METROPOLITAN COURT
STE B
RICHMOND VA 23236-3690

Focused Recovery Solutions, Inc.
PO Box 63355
Charlotte, NC 28263-3355

Fredericksburg Credit Bureau, Inc.
10506 Wakeman Drive
Fredericksburg, VA 22407-8040

Fredericksburg Emergency Medical Alliance Inc.
PO Box 888
Fredericksburg, VA 22404-0888

FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT

19 JOHN STREET
MIDDLETOWN NY 10940-4918

First Collection Services
10925 Otter Creek E Blvd
Mabelvale, AR 72103-1661

Ft. Walton Beach Medical Center
PO Box 740760
Cincinnati, OH 45274-0760
Gallagher Bassett Services, Inc.
PO Box 2007
Columbia, MD 21045-1007

GMAC Mortgage
3451 Hammond Ave
Waterloo, IA 50702-5300

Gold's Gym-Hagerstown
542 Northern Avenue
Hagerstown, MD 21742

Golf Coast Readers
1625 Cape Coral Pkwy E.
Cape Coral, FL 33904-9617

Great American Home Baking
PO Box 26569
Lehigh Valley, PA 18002-6569

Gulfcoast Oncology Associates
1201 5TH Ave N
Suite 505
Saint Petersburg, FL 33705-1455

HRB Tax Group
PO Box 677463
Dallas, TX 75267-7463

Hagerstown Heart, P.A.
1733 Howell Road

Hagerstown, MD 21740-6638

Harley Davidson Financial
PO Box 22048
Carson City, NV 89721-2048

Harvard Collection
4839 N Elston Ave
Chicago, IL 60630-2589

Heritage Pacific Financial
2200 Avenue K, Ste 100
Plano, TX 75074

Highlights for Children
PO Box 4002862
Des Moines, IA 50340-2862

INT MED & Geriatric Specialist
2010 Dr Oates Dr
Suite 105
Martinsburg, WV 25401-8896

IC Systems Inc
Po Box 64378
St. Paul, MN 55164-0378

Independent Fire Co No 1 Inc
C/O Medical Claims Assistance, Inc.
836 4th Avenue
Huntington, WV 25701-1407

Indymac Bank/ Onewest bank
Attn: Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758-3658

Infinite Technologies
1600 Wilson Blvd
Suite 200
Arlington, VA 22209-2505

Inova Fair Oaks Hospital
PO Box 37020
Baltimore, MD 21297-3020

Inova Fairfax Hospital
PO Box 37019
Baltimore, MD 21297-3019

Inova Health Care Services
P.O. Box 37175
Baltimore, MD 21297-3175

Inova Health Care Services
PO Box 8696
Virginia Beach, VA 23450-8696

Inova Loudoun Hospital
PO Box 17244
Baltimore, MD 21297-1244

Inova Loudoun Hospital
PO Box 37112
Baltimore, MD 21297-3112

Inova-EKG Readers
PO Box 8696
Virginia Beach, VA 23450-8696

International Masters Pub
PO Box 26599
Lehigh Valley, PA 18002-6599

J. Douglas Lewis
7500 Diplomat Dr.
Suite 201
Manassas, VA 20109-2509

J.L. Walston & Associates
1107 W. Main St., Suite 201

Durham, NC 27701-2028

J.L. Walston & Associates
326 S. Main Street
Emporia, VA 23847-2028

JMH Emergency Physicians
20010 Century Blvd. #200
Germantown, MD 20874-1118

James M. Weiss, M.D.
13245 Executive Park Ter.
Germantown, MD 20874-2648

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Memorial Hospital
PO Box 989
Martinsburg, WV 25402-0989

Jl Walston & Associate
1107 W Main St Ste 201
Durham, NC 27701-2028

John Lee Jackson
Fidelity LP
1445 Langham Creek Drive
Houston, TX 77084-5012

Kevin B. Wilson Law Offices
PO Box 24103
Chattanooga, TN 37422-4103

LCA
PO Box 2240
Burlington, NC 27216-2240

Laboratory Corporation of America
PO Box 2240

Burlington, NC 27216-2240

Loudoun Hospital Center
PO Box 17244
Baltimore, MD 21297-1244

Loudoun Neurology Associates, PC
19420 Golf Vista Plaza
Suite 340
Leesburg, VA 20176-8268

LVNV Funding LLC
Po Box 740281
Houston, TX 77274-0281

MLRS Inc.
P.O. Box 824
Malvern, PA 19355-0913

Martin & Seibert, L.C.
1453 Winchester Ave.
PO Box 1085
Martinsburg, WV 25402-1085

Martin & Seibert, L.C.
PO Box 1085
Martinsburg, WV 25402-1085

Martinsburg Internal Medicine Associates
Briarwood Professional Park
1002 Sushruta Drive
Martinsburg, WV 25401-8876

Martinsburg Radiology Associates
300 Foxcroft Ave.
Suite 202B
Martinsburg, WV 25401-5341

Med Bus Cons
11701 Belcher Rd S Ste 1
Largo, FL 33773-5135

Med Data Sys
2001 19th Ave Suite 312
Vero Beach, FL 32960-3449

Medical Business Consultants
Settlement Divison
PO Box 5417
Largo, FL 33779-5417

Medical Revenue Services
PO Box 1940
Melbourne, FL 32902-1940

Meritus Medical Center
Payment Processing Center
Post Office Box 4627
Lancaster, PA 17604-4627

Mitchell Rubenstein
12 S Summit Avenue #250
Gaithersburg, MD 20877-2092

Mt. State Ent Center
321 Lutz Ave.
Suite A
Martinsburg, WV 25404-6362

NCC
PO Box 9156
Alexandria, VA 22304-0156

NCO Financial Systems
Attn: Bankruptcy
Po Box 15270
Wilmington, DE 19850-5270

CARTER YOUNG INC
882 N MAIN STREET
SUITE 120
CONYERS GA 30012-4442

NTELOS
401 Spring Lane
Waynesboro, VA 22980

Nationwide Credit Corp
5503 Cherokee Ave
Alexandria, VA 22312-2307

Nco Fin /99
Po Box 15636
Wilmington, DE 19850-5636

Nco Fin/09
Attention: Bankruptcy
507 Prudential Rd
Horsham, PA 19044-2308

Nealon & Associates
199 N. Henry St.
Alexandria, VA 22314

NISSAN MOTOR ACCEPTANCE CORPORATION
LOSS RECOVERY
PO BOX 660366
DALLAS TX 75266-0366

North Shore Agency
9525 Sweet Valley Drive
Building A
Cleveland, OH 44125-4237

North Shore Agency-NBW
PO Box 9205
Old Bethpage, NY 11804-9005

Northern Virginia Cardiology
8505 Arlington Boulevard
Suite 200
Fairfax, VA 22031-4630

O.D.C. Recovery Services
12000 Kennedy Lane
Suite 100
Fredericksburg, VA 22407-6016

Patricia Dorsey
247 Homewood Drive
Charles Town, WV 25414-5161

Penn Credit
916 S 14th St
P.O. Box 988
Harrisburg, PA 17108-0988

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4747

Podiatry Associates of Hagerstown
11110 Medical Campus Rd.
Suite 100
Hagerstown, MD 21742-6734

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Fin
5312 Brainerd Rd
Chattanooga, TN 37411-5327

Progressive Financial
1919 W Fairmont Dr Ste 8
Tempe, AZ 85282-3194

RJM Aquisitions LLC
575 Underhill Blvd Suite 224
Syosset, NY 11791-3416

RMCB

4 Westchester Plaza
Suite 110
Elmsford, NY 10523-3835

RMCB
PO Box 1234
Elmsford, NY 10523-0934

RRCI
3541 Chain Bridge Rd #209
Fairfax, VA 22030-2793

Radiologic Assoc of Fredericksburg
PO Box 7819
Fredericksburg, VA 22404-7819

Rappahannock Electric Co-Operative
PO Box 7388
Fredericksburg, VA 22404-7388

Reader's Digest
PO Box 50050
Prescott, AZ 86304-5050

Real Simple
3000 University Center Drive
Tampa, FL 33612-6408

Reiman Publications
PO Box 26822
Lehigh Valley, PA 18002-6822

Reston Hospital Center
PO Box 740760
Cincinnati, OH 45274-0760

Reston Radiology Consultants
PO Box 37122
Baltimore, MD 21297-3122

Roberts Home Medical Inc
PO Box 270
Germantown, MD 20875-0270

R S Clark & Associates
12990 Pandora Dr, Ste 150
Dallas, TX 75238-5256

Salem Ave. Auto Exchange
1433 Salem Ave.
Hagerstown, MD 21740-3544

Salutis Emergency Specialist, PLLC
PO Box 635556
Cincinnati, OH 45263-5556

Selma Medical Associates, Inc.
104 Selma Drive
Winchester, VA 22601-3834

Source Recvb
Po Box 4068
Greensboro, NC 27404-4068

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

State of West Virginia
State Tax Department, Taxpayer Services
PO Box 2745
Charleston, WV 25330-2745

Suburban Credit Corporation
PO Box 30640
Alexandria, VA 22310-8640

C O AMERICAN INFO SOURCE LP

4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118-7901

Taste of Home Books
PO Box 26822
Lehigh Valley, PA 18002-6822

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207
Tax. Auth. of Wash. County, MD
Treasurers Office
35 West Washington Street, Room 102
Hagerstown, MD 21740-4844

The Bradford Exchange
9333 Milwaukee Avenue
Niles, IL 60714-1392

The CBE Group, INC.
Payment Processing Center
PO Box 2337
Waterloo, IA 50704-2337

The Cardiovascular Group, P.C.
130 Park St., SE, Suite 100
Vienna, VA 22180-4626

The Easton Press
PO Box 729
Newark, NJ 07101-0729

The Training Room
PO Box 611
Hampstead, MD 21074-0611

Transworld System, Inc.
Collection Agency
3450 Lakeside Drive
#304
Hollywood, FL 33027

Transworld Systems
PO Box 12103
Trenton, NJ 08650-2103

Transworld Systems Inc,
Collection Agency
300 Penn Center Boulevard
#600
Pittsburgh, PA 15235-5506
Trump TAJ Mahal Associates T/A
12 S. Summit Avenue #250
Gaithersburg, MD 20877-2092

U.N.I Urgent Care Center, Inc
826 Washington Road
Suite 110A
Westminster, MD 21157-5779

UVA Health Services Foundation
PO Box 9007
Charlottesville, VA 22906-9007

United Collection Bureau Inc
5620 Southwyck Blvd Ste 206
Toledo, OH 43614-1501

United Collection Bureau, Inc.
P.O. Box 140190
Toledo, OH 43614-0190

United Consumers
14205 Telegraph Rd
Woodbridge, VA 22192-4615

United Consumers, Inc.
PO Box 4466
Woodbridge, VA 22194-4466

United Fin
333 Washington Blvd.

Marina Del Rey, CA 90292-5152

United Physicians Care, INC
PO Box 763
Morgantown, WV 26507-0763

University Health Associates
P.O. Box 776
Morgantown, WV 26507-0776

University of Virginia Medical Center
Patient Financial Services
PO Box 530272
Atlanta, GA 30353-0272

VCS, Inc
PO Box 2162
Hagerstown, MD 21742-2162

Valley Credit Service
PO Box 2162
Hagerstown, MD 21742-2162

Valley Hositalists PC
110 Crock Wells Mill Drive
Winchester, VA 22603-3943

Virginia Department of Taxation
PO Box 9056
Pleasanton, CA 94566-9056

Virginia Department of Transportation
ATTN: Fiscal Division
1401 E. Broad Street
Richmond, VA 23219-2000

WVUH-East Service, Inc.
2000 Foundation Way
Suite 3400
Martinsburg, WV 25401-9583

Warren Memorial Hospital
PO Box 2200
Winchester, VA 22604-1400

West Asset Management
PO Box 790113
Saint Louis, MO 63179-0113

Which Way USA
PO Box 4002862
Des Moines, IA 50340-2862

Wildlife Explorer
PO Box 26599
Lehigh Valley, PA 18002-6599

Winchester Medical Center
PO Box 3506
Winchester, VA 22604-2545

Winchester Neurological Consu
125 Medical Cir
Winchester, VA 22601-3322

Chester H. Hobbs IV
Bodie, Dolina, Smith & Hobbs, P.C
|21 W. Susquehanna Ave.
Towson, MD 21204-5209

Dale Randall Armentrout
320 Belview Avenue
Hagerstown, MD 21742-3241

Gary A. Rosen
One Church Street
Suite 800
Rockville, MD 20850-4164