

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **13–10927 – WIL**   Chapter: **7**

**Dale Randall Armentrout and**
**Sandra Marie Armentrout**
Debtor

## ORDER DENYING
## MOTION TO RECONSIDER ORDER REOPENING CASE

Upon consideration of the Motion to Reconsider Order Reopening Case filed by Paul's Truck Leasing, Inc. and the opposition filed by the Debtor, and for the reasons set forth on the record at the hearing held on this matter, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Reconsider Order Reopening Case is hereby denied.

cc:   Debtor
      Attorney(s) for Debtor – Chester H. Hobbs IV
      All Parties
      All Counsel
      Case Trustee – Gary A. Rosen
      U.S. Trustee

**End of Order**

44x01 (rev. 06/19/1998) – sward