**SO ORDERED**



The UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Dale Randall Armentrout and | : | Case No.: 13-10927 |
| Sandra Marie Armentrout, | : | Chapter 7 |
| | : | |
| Debtors. | : | |

### ORDER GRANTING MOTION TO RECONSIDER COURT'S ORDER TO REOPEN CASE – LIMITED TO THE DATE OF EFFECTIVENESS OF AMENDMENTS

Upon consideration of the Motion to Reconsider Court's Order to Reopen Case – Limited to the Date of Effectiveness of Amendments (the "Motion"), and the opposition thereto, and having held a hearing on August 30, 2017, at which the Chapter 7 Trustee represented to the Court that the Trustee's Objection to Exemptions would be withdrawn and the Debtor's personal injury claim would be abandoned, it is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the date of the Amendments filed by the Debtor shall be related back to the date of filing of January 18, 2013.

Copies to:

Justin M. Reiner, Esq.
1401 Rockville Pike
Suite 650
Rockville, MD 20852
*Counsel for the Debtor*

Seen and Agreed by:
Gary Rosen, Esq.
1 Church Street
Suite 800
Rockville, MD 20850

Debtors

U.S. Trustee

**End of Order**